Judgment in a Civil Case
_____

United States District Court
WESTERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| STATE OF NEW YORK, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | CASE NUMBER: 97-CV-596-Sr |
| v. | |
| PVS CHEMICALS, INC., | |
| Defendant. | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the State of New York is precluded from commencing further proceedings against PVS Chemicals to develop, implement or fund an inactive hazardous waste disposal remediation program for PVS Chemicals' Buffalo facility relating to environmental conditions known to it at the time of the 2002 Order of Settlement. The remainder of PVS Chemicals' request for relief is denied. The Clerk of Court is directed to close this case.

Date: July 30, 2018    MARY C. LOEWENGUTH
                      CLERK OF COURT

                      By: s/K.McMillan
                          Deputy Clerk