Judgment in a Civil Case

## United States District Court
### WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE STATE OF NEW YORK | **AMENDED JUDGMENT IN A CIVIL CASE** |
| v. | CASE NUMBER: 97-CV-596 |
| PVS CHEMICALS, INC. (NEW YORK) | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that judgment is entered in favor of the State of New York.

Date: October 22, 2019

MARY C. LOEWENGUTH
CLERK OF COURT

By: S/Kirstie L. Henry
  Deputy Clerk